### KERSHAM vs. COLLINS.

THE plaintiff had judgment against the defen- dant, in the county of the Attakapas, and now brought a suit in this court on it. The defendant pleaded *nul tiel record.* On the trial, a certificate of the clerk of the court in which the judgment was had, was produced, attesting that such a judgment was rendered. He transmitted a certified copy of the execution which had issued, returned *nulla bona.*

*Clerk's certificate that there is a judgment, is no evidence of it.*

*By the Court.* The clerk cannot certify a judgment, in any other manner than by giving a copy of it. From the execution, which is properly shewn, the fact that a judgment was rendered, cannot be inferred.

JUDGMENT FOR DEFENDANT.

*Caune,* for plaintiff. *Porter,* for defendant.